CLARA WILDMAN, an Infant, by ABRAHAM WILDMAN, Her Guardian ad Litem, et al., Appellants, *v.* CITY OF NEW YORK, Defendant, and BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent.

Submitted November 28, 1938; decided December 6, 1938.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants file and serve undertaking on appeal and pay ten dollars costs within ten days, in which event the motion is denied.